UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ARDIAN DEDUSHAJ,
               Petitioner,

       -against-

HAROLD C. GRAHAM,
               Respondent.
------------------------------------X

07 Civ. 5401 (JGK)

MEMORANDUM AND ORDER

JOHN G. KOELTL, DISTRICT JUDGE:

    The Clerk of this Court is directed to serve a copy of this order and the underlying petition on the District Attorney for New York County, who shall answer or move with respect to the petition for habeas corpus within sixty (60) days from the date of receipt of this order.

    The District Attorney shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in any state post-conviction proceedings. The District Attorney shall also address, as appropriate, the proper procedural handling under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat 1214 (1996)

    The petitioner's time to reply to the District Attorney's response shall be thirty (30) days after the receipt of the District Attorney's response.

SO ORDERED.

                                              JOHN G. KOELTL
                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 21, 2007