

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

(212) 416-6173

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

August 24, 2007

Hon. John G. Koeltl
Unites States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

1. Time to respond extended to Oct. 31, 2007
2. Time to reply extended to Nov. 20, 2007
So Ordered.
[signature] O'Keefe (?)
U.S.D.J.

Re: Dedushaj v. Graham, 07-CV-05401(JGK)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. By Order dated June 21, 2007, Your Honor directed the District Attorney for New York County to answer the petition within sixty days of receipt of that Order. Your Honor's Order was subsequently forwarded to the Attorney General of the State of New York. Although petitioner was prosecuted by the District Attorney, by agreement with the District Attorney, the Attorney General will represent respondent in this matter.

    This letter is to respectfully request an extension of time until October 31, 2007 to answer the petition. Additional time is required to brief the underlying issues for the Court's consideration. In addition to this matter, I have been assigned eight other federal habeas corpus matters, and I have been directed to file responses in six of these cases on or before September 14, 2007. In addition, I have been directed to file Objections to a Magistrate Judge's Report and Recommendation by September 20, 2007.

Hon. John G. Koeltl
August 24, 2007
Page 2


    For these reasons, I respectfully request an enlargement of time until October 31, 2007 to file a response to the petition. Although I have called Mr. Cohen's Office and left a message for him to call me, I have not spoken to him concerning this first request for an extension of time.

    Although respondent is requesting an enlargement to October 31, 2007 to file a response, if a response can be filed earlier, it will be.

    Thank you for your consideration.

                                  Respectfully submitted,

                                  *Thomas B. Litsky*

                                  Thomas B. Litsky (TL-89796)
                                  Assistant Attorney General
                                  120 Broadway
                                  New York, NY 10271

cc: Stanley L. Cohen, Esq.
    Stanley L. Cohen & Associates
    119 Avenue D, Fifth Floor
    New York, NY 10009

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

    TRANSMISSION OK

    TX/RX NO              2462
    RECIPIENT ADDRESS     912124168010
    DESTINATION ID
    ST. TIME              08/27 16:52
    TIME USE              00'54
    PAGES SENT            3
    RESULT                OK
```

UNITED STATES DISTRICT COURT
CHAMBERS OF
JUDGE JOHN G. KOELTL
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

TEL. NUMBER: (212) 805-0222
FAX NUMBER: (212) 805-7912

## FACSIMILE COVER SHEET

DATE          August 27, 2007

TO:           Thomas B. Litsky, AAG     416-8010

RE:           **Dedushaj v. Graham**
              **07 Civ. 05401 (JGK)**

FROM:         Judge Koeltl's Chamber

MESSAGE:      USING YOUR FIRM'S FAX COVER SHEET, PLEASE FAX A COPY OF
              THE ATTACHED TO ALL COUNSEL IN THIS CASE. PLEASE
              INCLUDE A LAWYER'S NAME TO WHOM FAX IS BEING SENT ON
              YOUR FAX COVER SHEET. DO NOT RE-FAX THIS DOCUMENT TO
              CHAMBERS. THANK YOU.

There are __3__ pages being transmitted, including this cover page. If there are any questions, please c all (212) 805-0288.