

OCT 3 1 2007

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

(212) 416-6173

October 30, 2007

Hon. John G. Koeltl
Unites States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: <u>Dedushaj v. Graham</u>, 07-CV-05401(JGK)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. Your Honor previously granted respondent's first application for an enlargement of time to October 31, 2007, to file a response to the petition. Respondent respectfully requests a second and final extension to November 16, 2007 to file a response to the petition.

    Although I am actively reviewing the state court record and writing responsive papers, additional time is required to properly brief the underlying issues for Your Honor's consideration. I have called Mr. Cohen's Office and left a message for him to call me, but I have not spoken to him concerning this request.

    Thank you for your consideration.

Respectfully submitted,

Thomas B. Litsky
Thomas B. Litsky (TL-89796)
Assistant Attorney General
120 Broadway
New York, NY 10271

*Handwritten annotations:* Time to respond extended to 11/16/07. Time to reply extended to 12/14/07. So Ordered. 10/31/07. /s/ JGK, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07

120 Broadway, New York, NY 10271 • Fax (212) 416-8010

Hon. John G. Koeltl
October 30, 2007
Page 2

cc: Stanley L. Cohen, Esq.
    Stanley L. Cohen & Associates
    119 Avenue D, Fifth Floor
    New York, NY 10009

120 Broadway, New York, NY 10271 ● Fax (212) 416-8010