UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADRIAN DEDUSHAJ,

                Petitioner,

     - against -

HAROLD C. GRAHAM, SUPERINTENDENT,
AUBURN CORRECTIONAL FACILITY,

                Respondent.

---

07 Civ. 5401 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has not received a reply from the petitioner. The petitioner's time to reply is extended to **January 22, 2008**. If there is no reply, the Court will decide the petition on the papers already submitted.

SO ORDERED.

Dated:    New York, New York
          January 8, 2008

                                      John G. Koeltl
                               United States District Judge

USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08