```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN DEDUSHAJ,

                    Petitioner,

    - against -

HAROLD C. GRAHAM, SUPERINTENDENT,
AUBURN CORRECTIONAL FACILITY,

                    Respondent.

07 Civ. 5401 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The petitioner should respond by **February 26, 2008** to the respondent's argument that the petition is untimely.

SO ORDERED.

Dated:    New York, New York
            February 18, 2008

                                      _____
                                          John G. Koeltl
                                   United States District Judge