# Stanley L. Cohen & Associates, LLC
### ATTORNEYS AT LAW

Hon. John G. Koeltl
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

BY FAX: 212-805-7912

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

119 AVENUE D, 5TH FLOOR
NEW YORK, N.Y. 10009 USA


RECEIVED
FEB 20 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

RE: **Ardian Dedushaj v. Harold C. Graham, et al.,**
07 Civ. 5401 (JGK)

20 February 2008

*Time to reply extended to 3/28/08.
So ordered.
2/20/08  [signature] U.S.D.J.*

Dear Judge:

I am counsel for the Petitioner Ardian Dedushaj in the above-captioned matter, and I am in receipt of the Court's Order of 18 February; regrettably, our submission in response to the attorney general's memorandum of law is delayed due to an administrative oversight in my office, and at present, part of my staff is on vacation this week, while I am out of the U.S. on a federal matter.

For these reasons, I would seek an additional thirty days from the date fixed in that Order by which to reply to the Respondent's papers. I have called Assistant Attorney General Litsky to seek his consent in this request; however, his voice mail indicates that he, too, is on vacation until the 25th of February. I would respectfully note for the record that we posed no objections on two earlier occasions when counsel for the Respondent sought extensions of time, and for this reason, I am confident that Mr. Litsky will not object to this application.

Accordingly, I hereby request an additional thirty days from 26 February in which to complete and file our reply, in accord with the Court's Order.

Very truly yours,

/s/ [signature]

Stanley L. Cohen, Esq.,
Counsel for Ardian Dedushaj

CC: Asst. Attorney General Thomas B. Litsky, by mail and electronic mail
<Thomas.Litsky@oag.state.ny.us>