# Stanley L. Cohen & Associates, LLC
## ATTORNEYS AT LAW

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

119 AVENUE D, 5TH FLOOR
NEW YORK, N.Y. 10009  USA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08



RECEIVED
MAR 26 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

BY FAX: 212-805-7912

RE: **Dedushaj v. Graham, et al., 07-CV-05401 (JGK)**

26 March 2008
Dear Judge:

    I am writing this request to the Court, with the consent of the Respondents as indicated by Mr. Litsky of the Attorney General's office, seeking an additional two weeks in which to file our reply in the above-captioned matter. This reply is presently due on Friday, March 28th, by the original briefing schedule set by the Court.
    Because a sudden medical crisis has developed in my immediate family, requiring a surgical procedure tentatively scheduled for Thursday of this week, I have of necessity had to reconfigure my schedule to account for hospitals, specialists and recuperation time to follow.
    Accordingly, and without opposition from counsel for the Respondents, I respectfully request that the reply deadline for Plaintiffs be continued for two additional weeks.

Very truly yours,

/s/ S.L.C.

Stanley L. Cohen, Esq.,
Counsel for Ardian Dedushaj

APPLICATION GRANTED
SO ORDERED

3/26/08

John G. Koeltl, U.S.D.J.

CC: Thomas B. Litsky, Esq., Ass't Attorney-General, by fax: 212-416-8010