# CERTIFICATE OF SERVICE

I hereby certify that on 10 April, 2008, I caused Ardian Dedushaj's Reply to Respondent's Memorandum of Law in Opposition to Writ to be filed electronically with the Clerk of the Court through ECF, and that service on the Respondent has been accomplished by means of PDF document attachment to electronic mail sent to the following:

Assistant Attorney General Thomas B. Litsky, Esq.
Counsel for the Respondents
'Thomas.Litsky@oag.state.ny.us'

**s/ Stanley L. Cohen, Esq._____**

Stanley L. Cohen & Associates, LLC
119 Avenue D, Fifth Floor
New York, N.Y.  10009
212-979-7572
212-995-5574 fax
stanleycohenlaw@verizon.net