USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ADRIAN DEDUSHAJ,

                Plaintiff,

    -against-

HAROLD C. GRAHAM, Superintendent,
Auburn Correctional Facility,

                Defendant.
---------------------------------------------------------------X

07 civ 5401 (JGK)

## ORDER

A conference in this matter will be held on **Friday, May 30, 2008 at 11:30am.**

**SO ORDERED.**

                                                  JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 23, 2008