```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN DEDUSHAJ,

              Petitioner,

    - against -

HAROLD C. GRAHAM, SUPERINTENDENT,
AUBURN CORRECTIONAL FACILITY,

              Respondent.

07 Civ. 5401 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should advise the Court by **June 6, 2008** as to a proposed schedule for the evidentiary hearing.

SO ORDERED.

Dated:    New York, New York
            May 30, 2008

                                      John G. Koeltl
                                  United States District Judge